IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | Case No. 3:18-CR-167 (6) |
| vs. : | HONORABLE WALTER H. RICE |
| Cruz, Maribel : | |
| Defendant : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on November 14, 2018 removing the following conditions:

1. *The Defendant must participate in one of the following location restriction programs and abide by all the requirements of the program which include: Curfew. You are restricted to your residence everyday as directed by Pretrial Services Office or supervising officer.*

All other bond conditions remain in full force and effect.

Date: 4/26/2019

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE