IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIBEL CRUZ

    Defendant.

: Case No. 3:18CR167(6)

: JUDGE WALTER H. RICE

---

ORDER DELAYING EXECUTION OF SENTENCE

---

For good cause shown, it is hereby ordered that the Defendant's execution of sentence be delayed for sixty days. The United States Marshal is to seek a designation for on or after June 30, 2020.

March 27, 2020

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal