IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIBEL CRUZ

    Defendant.

: Case No. 3:18CR167(6)

: JUDGE WALTER H. RICE

---

ORDER DELAYING EXECUTION OF SENTENCE

---

For good cause shown and at the specific request of the defendant, it is hereby ordered that the defendant's execution of sentence be delayed until on or after October 30, 2020. The United States Marshal is to seek a designation for on or after October 30, 2020.

June 29, 2020

_Walter H. Rice_ (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal