IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      Case No. 3:18cr167(6)

MARIBEL CRUZ,      JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY AMENDING SENTENCE IMPOSED ON AUGUST 16, 2019 (DOC. #119), JOURNALIZED ON FEBRUARY 19, 2020 (DOC. #143); SENTENCE REDUCED FROM 24 MONTHS TO 18 MONTHS; NO OTHER ASPECT OF SAID JUDGMENT ENTRY IS AFFECTED BY THIS FILING

---

For good cause shown, with the concurrence of the Assistant United States Attorney assigned to this case, in order to achieve proportionality --- sentences reflecting the relative culpability of one Defendant to the others in this seven defendant Indictment, the 24-month sentence imposed by this Court on August 16, 2019 (Doc. #119), journalized on February 19, 2020 (Doc. #143), is reduced to 18 months. No other aspect of this Court's sentence and Judgment Entry is affected by this filing.

July 8, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record